UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.

Case No. 1:13cr085-1

Shawn Ellis,

Judge Michael R. Barrett

    Defendant.

**CRIMINAL MINUTES before
United States District Judge Michael R. Barrett**

**Courtroom Deputy:** Barbara Crum
**Court Reporter:** Maryann Maffia, Official
**Date:** November 12, 2013     **Time:** Commenced 3:32 pm Concluded 3:59 pm Total : 27 mins.

United States Attorney: Christy Muncy    Defendant Attorney: Richard Smith-Monahan for Karen Savir

*Court Proceeding:* Change of Plea - Dft Pleads Guilty to: Count(s) __1__ of Indictment / Information
                                        (Count(s) __2__ remain)

✓ Counsel present.      ___ Waiver of Indictment signed / executed in open court.

✓ Deft's Counsel moves to withdraw Not Guilty Plea and enter into a Plea of Guilty. Dft Pleads Guilty.

✓ Deft sworn.

✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Court reviews Defendant's rights regarding: ✓ Consequences of a plea ___ Restitution ✓ Forfeiture (¶ 8 of plea)
✓ sentencing under the USSCG; ✓ rights to trial; ✓ mandatory minimum and ___ right to appeal.
(Waiver of Appellate Rights at ¶ __3__ of Plea Agreement) (¶ 1 of Plea)

✓ Plea Agreement summarized by AUSA Christy Muncy (filed on 10/9/13 (Doc 31))

✓ AUSA / SA Christy Muncy presents Statement of Facts. Agent Sworn.

✓ 2nd Opportunity for Deft to plead guilty
✓ CONDITIONALLY
✓ Court accepts Deft's Plea and finds the Deft to be adjudged Guilty

✓ PSI ordered by Court (Sentencing set for a future date pursuant to the Court's receipt of the final PSI)

___ Issue of Bond Reviewed.

✓ Current (Detention)/Bond Status to remain in effect.

___ Additional Comments.