UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
Plaintiff,

Case No. __1:13cr085-1__

v.                                              Judge Michael R. Barrett

__Shawn Ellis,__

Defendant.

## CRIMINAL SENTENCING MINUTES
### Judge Michael R. Barrett

Courtroom Deputy: Barbara Crum
Court Reporter: Maryann Maffia, Official
USPO: Laura Shannon                          9:40-9:50
Date: April 9, 2014     Time: Commenced 9:50 on Concluded 10am   Total :20 mins
United States Attorney: __Christy Muncy__   Defendant Attorney: __Karen Savir__

____ Dft found to be Guilty by Jury on Count(s) _____ of Indictment
__✓__ Dft plead to Count(s) __1__ of (Indictment)/ Information

*Procedure*:

__✓__ Sentencing
__✓__ PSI reviewed by the parties.  __✓__ PSI adopted.
__✓__ No Objections  ____ Objections ___ Plaintiff ___Defendant
____ Considered for sentencing (___ letter(s) from _____
   ___ Motion by USA/Dft (___side bar held/___ sealed)
   ___ Plf sentencing memo / ____ PSI
   ___ Dft sentencing memo / ____ PSI
   ___ Mitigation ____ Dft Cnsl Statement ___ Dft Statement ___ Plf Statement — no statements
   ___ Other Statements
__✓__ Court accepts plea + finds D guilty

***

**Sentencing:**                               __✓__ Fine $ 5,000.00   unpaid bal (interest waived)
__✓__ Defendant sentenced                     __✓__ Special Assessment $ 100.00
____ Probation ____ Years                     ____ Restitution $_____ (interest waived)
__✓__ Custody __144__ Months (remanded/vol sur.)  __✓__ Forfeiture (see below)

__✓__ Supervised Release __15__ Years ( 180 Mo.)
__✓__ Standard/Special Conditions of (Sup'd Rel)/Probation

| __✓__ No firearms/ criminal conduct/DNA | __✓__ drug testing | __✓__ UNICOR | ~~turn over fin info~~ | ~~lines of credit~~ |
|---|---|---|---|---|
| __✓__ mental health | __✓__ register | __✓__ computer restrictions | __✓__ residential/ Storage facilities | __✓__ Sex offender |

__✓__ Dismissal of Counts (Motion/Order) presented
     Ct 2                                       __✓__ ¶ 8 of plea/Doc. 39

__✓__ Informed of Defendant's Right to Appeal   __✓__ Ashland/Manchester requested

____ Clerk to Prepare Appeal Notice