UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:13-CR-085 |
| vs. | : | (Judge Barrett) |
| SHAWN ELLIS | : | **ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Count 2 of the Indictment pending against Shawn Ellis.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

**Leave of Court is granted for the filing of the foregoing Order of Dismissal.**

Date

HONORABLE MICHAEL R. BARRETT
**UNITED STATES DISTRICT JUDGE**