# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:13-cr-085 |
| Plaintiff, ) | |
| ) | JUDGE BARRETT |
| v. ) | |
| ) | |
| SHAWN ELLIS, et al., ) | |
| ) | |
| Defendant. ) | |

## PROOF OF PUBLICATION

In accordance with Fed. R. Crim. P. 32.2(b)(6)(C) and Supplemental Rule G(4)(a)(iv), notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 19, 2014 and ending on March 20, 2014 as evidenced by Exhibit 1.

        Respectfully submitted,

        CARTER M. STEWART
        United States Attorney

        s/Christy L. Muncy
        CHRISTY L. MUNCY (KY 88236)
        Assistant United States Attorney
        Attorney for Plaintiff
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio 45202
        (513) 684-3711  Fax: (513) 684-6385
        Christy.Muncy @usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that I filed this Proof of Publication with the Clerk of Court using the CM/ECF filing system which provides electronic notice to all parties to this action on May 23, 2014.

                                              s/Christy L. Muncy
                                              CHRISTY L. MUNCY (KY 88236)
                                              Assistant United States Attorney