# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# COURT CASE NUMBER: 1:13-CR-085; NOTICE OF FORFEITURE

Notice is hereby given that on February 18, 2014, in the case of <u>U.S. v. Shawn Ellis, et al.</u>, Court Case Number 1:13-CR-085, the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Laptops, Equipment, and Electronics Ser No: See Items List (14-FBI-000728), including the following items: 1 Alcatel One Touch 308A Cell Phone, Ser No: 012956000940543; 1 Kingston 8GB Micro SD card / Kingston adaptor for Micro SD card, Ser No: n/a; 1 160 GB Intel hard drive for Laptop, Ser No: P45N8144; 1 HP Laptop w/ broken screen, no battery, no hard drive, Ser No: 00196-296-631-419; 1 Sprint HTC cell phone, black in color, with power cords, Ser No: HT14YHL20606; 1 LG cell phone, black in color, Ser No: 011KPKN048309 which was seized from Shawn Ellis on October 09, 2013 at 1116 Grand Avenue, located in Cincinnati, OH

9mm Hi Point Pistol, Model C9, Serial Number P1277969 with magazine (14-FBI-000755) which was seized from Shawn Ellis on October 09, 2013 at 1116 Grand Avenue, located in Cincinnati, OH

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (February 19, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Room 103, Cincinnati, OH 45202, and a copy served upon Assistant United States Attorney Christy Muncy, 221 East Fourth Street, Suite 400, Cincinnati, OH 45202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 19, 2014 and March 20, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Shawn Ellis, et al.

**Court Case No:** 1:13-CR-085
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/19/2014 | 23.9 | Verified |
| 2 | 02/20/2014 | 24.0 | Verified |
| 3 | 02/21/2014 | 23.5 | Verified |
| 4 | 02/22/2014 | 24.0 | Verified |
| 5 | 02/23/2014 | 24.0 | Verified |
| 6 | 02/24/2014 | 24.0 | Verified |
| 7 | 02/25/2014 | 24.0 | Verified |
| 8 | 02/26/2014 | 24.0 | Verified |
| 9 | 02/27/2014 | 24.0 | Verified |
| 10 | 02/28/2014 | 24.0 | Verified |
| 11 | 03/01/2014 | 24.0 | Verified |
| 12 | 03/02/2014 | 24.0 | Verified |
| 13 | 03/03/2014 | 24.0 | Verified |
| 14 | 03/04/2014 | 24.0 | Verified |
| 15 | 03/05/2014 | 24.0 | Verified |
| 16 | 03/06/2014 | 24.0 | Verified |
| 17 | 03/07/2014 | 23.9 | Verified |
| 18 | 03/08/2014 | 24.0 | Verified |
| 19 | 03/09/2014 | 23.0 | Verified |
| 20 | 03/10/2014 | 24.0 | Verified |
| 21 | 03/11/2014 | 24.0 | Verified |
| 22 | 03/12/2014 | 24.0 | Verified |
| 23 | 03/13/2014 | 24.0 | Verified |
| 24 | 03/14/2014 | 24.0 | Verified |
| 25 | 03/15/2014 | 24.0 | Verified |
| 26 | 03/16/2014 | 24.0 | Verified |
| 27 | 03/17/2014 | 24.0 | Verified |
| 28 | 03/18/2014 | 24.0 | Verified |
| 29 | 03/19/2014 | 24.0 | Verified |
| 30 | 03/20/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.